UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Sep 30 2022
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**WALTER HALL**                                                                                           **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 3:19-cv-680 DPJ-FKB**

**RICHIE AUTO TRANSPORT, INC.,
AND JUSTIN CAMPBELL**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on the joint motion *ore tenus* ("motion") of Plaintiff Walter Hall ("Plaintiff") and Defendants Richie Auto Transport, Inc., and Justin Campbell ("Defendants") for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature pending in this action of Plaintiff against Defendants, and it being stipulated and made known to the Court that all of said claims have been fully compromised and settled as between Plaintiff and Defendants, and that there remain no issues to be litigated by or between Plaintiff and Defendants or adjudicated by the Court, and that Plaintiff and Defendants agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendants consent to the entry of this Judgment; the Court being fully advised in the premises, and having maturely considered same, is of the opinion and finds that the motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims pending in this action of Plaintiff against Defendants should be and the same are hereby dismissed, with prejudice, with all parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall resolve and be responsible for, to the exclusion of Defendants and/or Defendants' insurer and/or Defendants' counsel, as part of the agreed settlement between the parties, any and all subrogation and/or assignment claims, any and all claims of all health and/or automobile and/or other insurers of Plaintiff, any and all claims of all medical care providers and/or suppliers to or of Plaintiff, any and all claims of workers' compensation carriers and/or employers of Plaintiff, any and all claims of Medicare (including with regard to any necessary Medicare set-aside) and/or Medicaid and/or any other state or federal governmental or other entities providing benefits or services to Plaintiff and/or all other claims of all other persons or entities that exist as a result of the subject accident and/or any injuries and/or other damages to Plaintiff.

SO ORDERED AND ADJUDGED on this the 30th day of Sept., 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO CONTENT AND FORM:

_____
MR. WALTER HALL, *PRO SE*
1808 BRIGHTSIDE DRIVE, APT. 5D
BATON ROUGE, LOUISIANA 70820

_____
SAM S. THOMAS, ESQ. (MSB #8307)
sst@samthomaslaw.com
OWEN P. TERRY, ESQ. (MSB #105532)
oterry@samthomaslaw.com
THOMAS LAW, P.C.
POST OFFICE BOX 2790 (39130)
115-A HOMESTEAD DRIVE
MADISON, MISSISSIPPI 39110
(601) 355-3668 (TELEPHONE)
(601) 898-4537 (FACSIMILE)
ATTORNEYS FOR DEFENDANTS
RICHIE AUTO TRANSPORT, INC., AND
JUSTIN CAMPBELL